PROB 35
(Rev. 4/81)

**Report and Order Terminating Probation/**
**Supervised Release Prior to Original Expiration Date**

# United States District Court

## For The

## District of New Jersey

UNITED STATES OF AMERICA

v.

Crim. No.    99-00582-001

BARBARA BROWN

On February 26, 2001, the above named was placed on probation for a period of 5 years.

The probationer has complied with the rules and regulations of probation and is no longer in need

of probation supervision.  It is accordingly recommended that the probationer be discharged from

probation.

Respectfully submitted,

United States Probation Officer
Andrea P. Shumsky

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer be discharged from probation

and that the proceedings in the case be terminated.

Dated this_____18th_____ day of ___April___, 20 05.

United States District Judge